Jennie May Derick, Appellant, v. William P. Richardson, Respondent. — Judgment and order affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Frederick W. Erdtmann, Individually and as Trustee, etc., Appellant, v. Thaddeus J. G. Stack and Martha Stack, His Wife, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Charles Gumberg, Appellant, v. Max Zucker, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Estate of Bridget Custy, Formerly Bridget Griffin, Deceased. Margaret O'Donnell and Another, Respondents, v. Daniel M. Custy, Appellant.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Daniel F. Murphy, Appellant, v. Eugene S. Preston and David F. Davis, Respondents.— Judgment reversed and new trial granted, costs to abide the event, on the ground that under the proofs in this case the question of plaintiff's freedom from contributory negligence was one of fact for the jury. Thomas, Carr, Rich and Stapleton, JJ., concurred; Burr, J., dissented.

Herbert H. Neale and Walter O. Hailey, Respondents, v. David E. Burns, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Gaetano Deresi, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Maria Rappa, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered upon the authority of *People* v. *Pettanza* (207 N. Y. 560), decided March 14, 1913. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Marvin Shiebler, Appellant.— Order of the County Court of Suffolk county affirming judgment of conviction affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Joseph W. Mills, Appellant, v. The Board of Education of the City of New York, Respondent.— Order and determination of the board of education confirmed, and writ dismissed, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Jacob Schmitt, Appellant, v. Borden's Condensed Milk Company, Respondent.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

William Seymour and Others, Respondents, v. Andrew J. Crowley, Appellant.— Judgment of the County Court of Westchester county modi-